UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

TYQUAN M. RUSHIN,

Defendant.

Case: 4:21-cr-20626
Judge: Davis, Stephanie Dawkins
MJ: Ivy, Curtis
Filed: 10-06-2021
INDI USA v. Tyquan Rushin (tt)

Violation(s):
18 U.S.C. § 922(g)(1)

## INDICTMENT

**THE GRAND JURY CHARGES:**

FILED
OCT 06 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

### COUNT ONE
### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. § 922(g)(1)

On or about August 28, 2021, in the Eastern District of Michigan, TYQUAN M. RUSHIN, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Smith & Wesson, Model SDVE, 9mm caliber, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of the offense(s) charged in Count One of this Indictment, TYQUAN M. RUSHIN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including, but not limited to, one Smith & Wesson, Model SDVE, 9mm caliber, semi-automatic pistol, serial number FYD0554.

**THIS IS A TRUE BILL.**

Dated: October 6, 2021

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 4:21-cr-20626<br>Judge: Davis, Stephanie Dawkins<br>MJ: Ivy, Curtis<br>Filed: 10-06-2021<br>INDI USA v. Tyquan Rushin (tt) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials:** AV |

**Case Title:** USA v. Tyquan M. Rushin

**County where offense occurred:** Genesee

**Offense Type:** Felony

Indictment -- based upon prior complaint [**Case number:** 21-mj-30414]

FILED
OCT 06 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

October 6, 2021
Date

s/Anthony P. Vance

Anthony P. Vance
Assistant United States Attorney
600 Church Street
Flint, MI 48502
anthony.vance@usdoj.gov
(810) 766-5177

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.